## FOSTER HOSE SUPPORTER CO. v. COHEN.

(Circuit Court, S. D. New York. July 16, 1906.)

PATENTS—INFRINGEMENT—HOSE SUPPORTER.

> The Young patent, No. 638,540, for a combined abdominal pad and hose supporter, *held* not anticipated, valid, and infringed, on motion for preliminary injunction.

In Equity. On motion for preliminary injunction.

Phillip, Sawyer, Rice & Kennedy, for complainant.

Herbert Knight, for defendant.

THOMAS, District Judge. The existing decision of this court and the Circuit Court of Appeals fix complainant's patent No. 638,540 in the art to which it belongs. The defendant's device clearly infringes, and it is not thought that defendant's new reference, Woolfolk & Ney No. 572,465, shows such anticipation, as to require modification of the former decision respecting the Young patent.

The motion for an injunction is granted.